01

02

03

04

05                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
06                                    AT SEATTLE

07  ESTEBAN QUIROZ,                          )      CASE NO. C11-196-JCC-MAT
                                             )
08           Plaintiff,                      )
                                             )
09           v.                              )      ORDER TO SHOW CAUSE
                                             )
10  STEVE JEWITT, *et al.*,                  )
                                             )
11           Defendants.                     )
    _____ )
12

13          The Clerk of Court informed plaintiff Esteban Quiroz about a deficiency in his

14  application to proceed *in forma pauperis* ("IFP") and that if he did not correct it by March 7,

15  2011, his case would be subject to dismissal. (Dkt. 2.)   In response, plaintiff states (1) he has

16  been unable to secure the necessary supporting documents because the prison has been

17  unresponsive, (2) that because he has only seven months more before his release, the Court

18  "can cancel [this matter] if you wish."   (Dkt. 4, at 1.)   Plaintiff thus suggests both that the

19  prison is responsible for any inability to correct the deficiencies in his IFP application and that

20  he is considering abandoning his case altogether.

21          Plaintiff is ordered to show cause **by April 11, 2011**, why this matter should not be

22  dismissed for failure to prosecute.   Plaintiff may adequately respond to this show-cause order

ORDER TO SHOW CAUSE
PAGE -1

01 by (1) correcting the deficiency in his IFP application, or (2) filing a notice of voluntary

02 dismissal, or (3) paying the civil filing fee or explaining why he should be afforded additional

03 time to correct the deficiency in his IFP application.   Should plaintiff fail to respond to this

04 show-cause order, the Court may recommend dismissal for failure to prosecute and for failure

05 to comply with a court order.

06          DATED this <u>9th</u> day of March, 2011.

07

08          _____

09          Mary Alice Theiler
            United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER TO SHOW CAUSE
PAGE -2