UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ESTEBAN QUIROZ,<br><br>        Plaintiff,<br><br>   v.<br><br>STEVE JEWITT, et al.,<br><br>        Defendants. | CASE NO. C11-0196-JCC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, the governing law, and the balance of the record, orders as follows:

1. The Report and Recommendation is ADOPTED.
2. This case is DISMISSED without prejudice.
3. Defendants' motion for summary judgment is STRICKEN as moot.

The Clerk is directed to send copies of this Order to Petitioner and to Magistrate Judge Theiler.

DATED this 26th day of January 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE